**Order entered August 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS, LLC,**
**Appellants/Cross-Appellees**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee/Cross-Appellant**

**V.**

**SIERRA VERDE, LLC, PATRICK BOYCE, WILLIAM L. BRITAIN, AND JAMES DONDERO, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** appellant/cross-appellee Patrick Daugherty's August 25, 2015 opposed first motion for extension of time to file combined reply brief and cross-appellee brief to Highland Capital Management, L.P.'s opening brief to the extent we **ORDER** the brief be filed no later than September 8, 2015 and **ORDER** Highland Capital Management's reply brief be filed by September 28, 2015. We further **GRANT** Highland Employee Retention Assets, LLC's ("HERA") August 26, 2015 unopposed conditional motion for extension and **ORDER** HERA's brief be filed no later than September 10, 2015.

/s/      CRAIG STODDART
            JUSTICE